```
                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
                            RENO, NEVADA
```

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL ) | MINUTES OF THE COURT |
| REPORTS OF THE GRAND JURY FOR ) | |
| THE JULY 14, 2008 TERM ) | DATED: JULY 22, 2009 |
| ) | |

PRESENT: HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Rosemary Damron   Reporter: Susan Belingheri/Bonanza

U. S. Attorney by: Sue Fahami

PROCEEDINGS:

   The roll of the Grand Jury was previously taken. There is a quorum present. (16 members present.)

   The foreperson of the Grand Jury presents its partial report and indictments (copy of report attached).

   On motion of the United States Attorney, **IT IS ORDERED** that the said report and indictment/s be filed. There are ___no___ sealed indictments.

   On motion of the United States Attorney,

   **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants or Summonses issue where indicated:

| | |
|---|---|
| 3:09-cr-00064-HDM-RAM | USA v. JUAN RANGEL<br>Warrant to Issue |
| 3:09-cr-00065-BES-VPC | USA v. OCTAVIO ECHEGARAY RAMON-PEREZ<br>Warrant to Issue |
| 3:09-cr-00066-LRH-VPC | USA v. AARON WEINSTEIN<br>Warrant to Issue |
| 3:09-cr-00067-LRH-VPC | USA v. MICHON MILLS<br>Warrant to Issue |

Page Two
Grand Jury Minutes
July 22, 2009

| | |
|---|---|
| 3:09-cr-00068-BES-RAM | USA v. MONICA PEASLEE<br>Summons to Issue<br>Initial Appearance and Arraignment and Plea set for Thursday, August 13, 2009 At 3:00 p.m. before Magistrate Judge Robert A. McQuaid, Jr.<br>In Courtroom No. 2. |
| 3:09-cr-00069-LRH-RAM | USA v. ALIREZA AHMADI<br>Summons to Issue<br>Initial Appearance and Arraignment and Plea set for Thursday, August 13, 2009 At 3:00 p.m. before Magistrate Judge Robert A. McQuaid, Jr.<br>In Courtroom No. 2. |

IT IS ORDERED that the Grand Jury report upon notice.

Grand Jury convened at 9:00 a.m.

Grand Jury adjourned at 11:15 a.m.

LANCE S. WILSON, CLERK

By: Rosemary Damron,
    Deputy Clerk