LEAH R. WIGREN
Nevada Bar Number 6862
5995 Shadow Park Drive
Reno, NV 89523
(775)-747-0526
Attorney for Michon Mills

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * *

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No.: 3:09-cr-67-LRH-VPC |
| Michon Mills, | ) | |
| Defendant. | ) | Request for Notice of Intent to Use Evidence Pursuant to Federal Rule of Evidence 404(b) |

Michon Mills, by and through counsel, hereby requests Notice by the Government of the general nature of any evidence it intends to introduce at trial under Federal Rule of Evidence 404(b).

Dated this 25th day of January, 2010

By_____/s/_____
Leah R. Wigren
Counsel for Michon Mills

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 25, 2010, she electronically filed with the District of Nevada Defendant's Request for Notice of Intent to Use Evidence Pursuant to Federal Rule of Evidence 404(b), in the captioned matter, and that Plaintiff's counsel, Ron Rachow, at ronald.rachow@usdoj.gov, and sue.p.fahami@usdoj.gov are listed in the District of Nevada's records as recipients of all electronic filings in Case Number 3:09-cr-67-LRH-VPC, at the electronic mailing address provided.

_____/s/_____

Leah R. Wigren
Counsel for Michon Mills