UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:09-cr-67-LRH(VPC) |
| | ) | |
| Plaintiff, | ) | MINUTES OF COURT |
| | ) | |
| vs. | ) | DATE: JANUARY 26, 2010 |
| | ) | |
| MICHON MILLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Rosemarie Miller                    Reporter: Donna Davidson

Counsel for Plaintiff: Ron Rachow and Sue Fahami

Counsel for Defendant: Leah Wigren

MINUTES OF JURY TRIAL (Day 1):

8:49 a.m. Court convenes in the presence of 59 prospective jurors. The Court addresses the prospective panel.

Voir dire oath is administered and 32 prospective jurors are seated; voir dire proceeds.

10:30 a.m. Court stands at recess.

10:45 a.m. Court reconvenes.

Jury is passed for cause.

Counsel exercise peremptory challenges. The jury is empaneled and sworn. The Court excuses the remaining prospective jurors. The Court instructs the jury on the order of trial proceedings.

Opening statements are presented by Ms. Fahami and Ms. Wigren.

12:24 p.m. The jurors are admonished and excused. Court stands at recess.

USA v. Michon Mills
3:09-cr-67-LRH(VPC)
January 26, 2010
Page Two
_____ /

1:32 p.m.  Court reconvenes outside the presence of the jury.  The Court and counsel confer with regard to the scope of testimony to be presented as a result of the Court's ruling on defendant's Motion in Limine (#22).

1:51 p.m.  The jury enters the Courtroom.

Aaron Weinstein, called by the Government, is sworn and testifies on direct examination by Mr. Rachow.  The following exhibits are admitted into evidence by the Government: P-1 and P-2.  Mr. Weinstein testifies on cross and redirect examination and is excused.

Heather Balaam, Washoe County Sheriff's Office, called by the Government, is sworn and testifies on direct examination by Ms. Fahami.  The following exhibits are admitted into evidence by the Government: P-3, P-4, P-5, P-6.  Deputy Balaam testifies on cross and redirect examination and is excused.

3:30 p.m.  The jury is admonished and excused.  Court stands at recess.

3:45 p.m.  Court reconvenes in the presence of the jury.

John Spencer, Washoe County Sheriff's Office, called by the Government, is sworn and testifies on direct examination by Mr. Rachow and cross examination by Ms. Wigren. Defendant's exhibit D-502 is admitted into evidence; the Government's objection to the admission of exhibit D-503 is sustained.  Officer Spencer is excused.

IT IS ORDERED this trial is continued to January 27, 2010 at 8:30 a.m.  The jury is admonished and excused.

There being no opposition by the defendant, IT IS ORDERED that the Government shall maintain custody of Government's Exhibits P-1 and P-2 and make them available when so directed.

4:45 p.m.  Court adjourns.

LANCE S. WILSON, CLERK

By:     Rosemarie Miller_____
        Deputy Clerk