UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:09-cr-67-LRH(VPC) |
| | ) | |
| Plaintiff, | ) | MINUTES OF COURT |
| | ) | |
| vs. | ) | DATE: JANUARY 27, 2010 |
| | ) | |
| MICHON MILLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Rosemarie Miller          Reporter: Donna Davidson

Counsel for Plaintiff: Ron Rachow and Sue Fahami

Counsel for Defendant: Leah Wigren

MINUTES OF JURY TRIAL (Day 2):

8:32 a.m. Court convenes in the presence of the jury.

Rebecca McCue, retired, Washoe County Sheriff's Office, called by the Government, is sworn, testifies on direct and redirect examination by Ms. Fahami, cross and re-cross examination by Ms. Wigren and is excused.

Daniel Wheeler, Washoe County Sheriff's Office, called by the Government, is sworn, testifies on direct and redirect examination by Mr. Rachow, cross and re-cross examination by Ms. Wigren and is excused.

John Edwards, Washoe County Sheriff's Office, called by the Government, is sworn, testifies on direct and redirect examination by Ms. Fahami, cross and re-cross examination by Ms. Wigren and is excused. Defendant's exhibit D-504 was admitted into evidence.

10:23 a.m. The jury is admonished and excused. Court stands at recess.

10:44 a.m. Court reconvenes in the presence of the jury.

John Beck, Washoe County Sheriff's Office, called by the Government, is sworn, testifies on direct and redirect examination by Ms. Fahami, cross and re-cross examination by Ms. Wigren and is excused.

USA v. Michon Mills
3:09-cr-67-LRH(VPC)
January 27, 2010
Page Two
_____/

Louise Price, Washoe County Sheriff's Office, called by the Government, is sworn, testifies on direct examination by Ms. Fahami, cross examination by Ms. Wigren and is excused.

Stephanie Brady, Washoe County Sheriff's Office, called by the Government, is sworn, testifies on direct and redirect examination by Ms. Fahami, cross and re-cross examination by Ms. Wigren and is excused.

11:55 a.m.  The jury is admonished and excused.

The Court and counsel confer with regard to scheduling and jury instructions.

12:00 p.m.  The Court stands at recess.

1:32 p.m.  Court reconvenes in the presence of the jury.

John Beck, previously sworn, resumes the stand and testifies on redirect and re-cross examination and is excused.

Amelia Driscoll, Washoe County Sheriff's Office, called by the Government, is sworn, testifies on direct and redirect examination by Ms. Fahami, cross and re-cross examination by Ms. Wigren and is excused.

Todd Vinger, Washoe County Sheriff's Office, called by the Government, is sworn, testifies on direct and redirect examination by Mr. Rachow, cross examination by Ms. Wigren and is excused. The following exhibits were admitted into evidence: Government's exhibit P-7; Defendant's exhibit D-501.

Joseph Frititta, Investigator, SAKS, called by the Government, is sworn, testifies on direct examination by Mr. Rachow, cross examination by Ms. Wigren and is excused.  Government's exhibit P-9 was admitted into evidence.

Maria Torres, called by the Government, is sworn and testifies on direct examination by Mr. Rachow., cross examination by Ms. Wigren and is excused. Government's exhibit P-8 was admitted into evidence.

Jeff Pfeiffer, Agent, FBI, called by the Government, is sworn and testifies on direct examination by Mr. Rachow, cross examination by Ms. Wigren and is excused. Government's exhibits P-10 and P-11 were admitted into evidence.

USA v. Michon Mills
3:09-cr-67-LRH(VPC)
January 27, 2010
Page Three
_____ /

3:07 p.m.  The jury is admonished and excused.  The Court stands at recess.

3:30 p.m.  Court reconvenes outside the presence of the jury.

Mr. Rachow advises the Court that one of witnesses for the defense was a target of the instant investigation and requests he be advised of his rights under the 5th Amendment.

Richard Hodges is sworn and canvassed with regard to his right to testify or not to testify with regard to anything that could be incriminating against him and of his right to invoke his 5th Amendment rights.  The Court finds that Mr. Hodges understands the consequences of testifying and his right to invoke his constitutional privileges against self-incrimination.

IT IS ORDERED that defendant's oral motion for a judgment of acquittal is denied.

3:40 p.m.  The jury enters the Courtroom.

The Government rests.

Lisa Haney, Washoe County Sheriff's Office, called on behalf of defendant, is sworn and testifies on direct and redirect examination by Ms. Wigren, cross examination by Mr. Rachow and is excused.  Defendant's exhibit D-511 was admitted into evidence.

Ty LaRiviere, Washoe County Sheriff's Office, called on behalf of defendant, is sworn and testifies on direct and redirect examination by Ms. Wigren, cross examination by Mr. Rachow and is excused.

Gordon Koski, Washoe County Sheriff's Office, called on behalf of defendant, is sworn and testifies on direct and redirect examination by Ms. Wigren, cross examination by Mr. Rachow and is excused.

Joshua Fisher, Washoe County Sheriff's Office, called on behalf of defendant, is sworn and testifies on direct and redirect examination by Ms. Wigren, cross and re-cross examination by Mr. Rachow and is excused.

USA v Michon Mills
3:09-67-LRH(VPC)
January 27, 2010
Page Four
_____ /

IT IS ORDERED this trial is continued to January 28, 2010 at 8:30 a.m.  The jury is admonished and excused.

5:11 p.m.  Court adjourns.

                                        LANCE S. WILSON, CLERK

                            By:    Rosemarie Miller
                                    Deputy Clerk