UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:09-cr-67-LRH(VPC) |
| | ) | |
| Plaintiff, | ) | MINUTES OF COURT |
| | ) | |
| vs. | ) | DATE: JANUARY 28, 2010 |
| | ) | |
| MICHON MILLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Rosemarie Miller           Reporter: Donna Davidson

Counsel for Plaintiff: Ron Rachow and Sue Fahami

Counsel for Defendant: Leah Wigren

MINUTES OF JURY TRIAL (Day 3):

8:30 a.m. Court convenes outside the presence of the jury.

Paul Quade, appearing on behalf of Richard Hodges, advises the Court that Mr. Hodges will invoke his 5th Amendment right to not testify if called as a witness for defendant. IT IS ORDERED that Mr. Hodges will not be called as a witness, but will remain available pursuant to the subpoena.

The Court and counsel confer with regard to scheduling.

8:46 a.m. The jury enters the Courtroom.

Michon Mills is sworn and testifies on direct examination by Ms. Wigren. Defendant's exhibits D-506, D-505, D-507, D-508 and D-510 were admitted into evidence.

10:20 a.m. The jury is admonished and excused. Court stands at recess.

10:41 a.m. The Court reconvenes in the presence of the jury.

Michon Mills, previously sworn, testifies on cross and re-cross examination by Mr. Rachow, redirect examination by Ms. Wigren and is excused.

Defense rests.

USA v. Michon Mills
3:09-cr-67-LRH(VPC)
January 28, 2010
Page Two

_____ /

At side bar, the Court and counsel confer with regard to scheduling.

The jurors are excused for the afternoon and are instructed to return January 29, 2010 at 8:30 a.m. Juror No. 3's request to be excused due to a family matter is granted. Alternate Juror No. 1 shall replace Juror No. 3 on the panel.

11:30 a.m.  The jurors are admonished and excused.

Counsel are instructed to return at 1:30 p.m. for settlement of jury instructions.

11:33 a.m.  Court stands at recess.

1:30 p.m.  Court reconvenes outside the presence of the jury.  Defendant is not present.

Argument is presented on defendant's objection to one of the proposed jury instructions. The objection is denied. Court and counsel review and number the remainder of the proposed instructions.

This trial is continued to January 29, 2010 at 8:30 a.m.

2:00 p.m.  Court adjourns.

LANCE S. WILSON, CLERK

By:   Rosemarie Miller
      Deputy Clerk