UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:09-cr-67-LRH(VPC) |
| Plaintiff, | ) | MINUTES OF COURT |
| vs. | ) | DATE: JANUARY 29, 2010 |
| MICHON MILLS, | ) | |
| Defendant. | ) | |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, U.S. DISTRICT JUDGE

Deputy Clerk: <u>Rosemarie Miller</u>          Reporter: <u>Donna Davidson</u>

Counsel for Plaintiff: <u>Ron Rachow and Sue Fahami</u>

Counsel for Defendant: <u>Leah Wigren</u>

MINUTES OF JURY TRIAL (Day 4):

8:30 a.m. Court convenes in the presence of the jury.

The Court reads the instructions on the law to the jury.

Closing argument is presented by Ms. Fahami.

9:51 a.m.  The jury is admonished and excused.  Court stands at recess.

10:12 a.m.  Court reconvenes in the presence of the jury

Closing argument is presented by Ms. Wigren.

11:20 a.m.  The jury is admonished and excused. Court stands at recess.

Rebuttal argument is presented by Ms. Fahami.

The Court instructs the jury on the order of deliberations.

The alternate juror is excused from further jury service.

Bailiffs Frank Brown and Terry Gallagher are sworn to take charge of the jury.

USA v. Michon Mills
3:09-cr-67-LRH(VPC)
January 29, 2010
Page Two
_____/

11:56 a.m.  The jury retires to deliberate.  Court stands at recess.

2:44 p.m.  Court reconvenes outside the presence of the jury.  The Court provides a copy of a note received from the jury to counsel for review.

2:50 p.m.  Court stands at recess.

3:12 p.m.  Court reconvenes.

The Court and counsel confer with regard to a response to the note received from the jury.

3:20 p.m.  Court stands at recess.

3:38 p.m.  Court reconvenes outside the presence of the jury.

The Court provides counsel with a copy of a proposed response to the jury's note.  Counsel improvise an amended response acceptable to both parties and the Court, which will be presented to the jury.

3:52 p.m.  Court stands at recess.

5:39 p.m.  Court convenes outside the presence of the jury.  The Court advises the parties that the jury has reached a verdict.

5:41 p.m.  The jury enters the Courtroom.

The verdict is published.  The jury has found defendant not guilty on Counts 1 and 2 of the Indictment.

The Court expresses its appreciation to the jury for their service and excuses them from further service.

5:52 p.m.  Court adjourns.

                                              LANCE S. WILSON, CLERK

                                              By:   Rosemarie Miller
                                                      Deputy Clerk