```
                                    FILED          RECEIVED
                                    ENTERED        SERVED ON
                                           COUNSEL/PARTIES OF RECORD

                                         FEB - 1 2010

                                    CLERK US DISTRICT COURT
                                      DISTRICT OF NEVADA
                                    BY:                   DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | 03:09-cr-00067-LRH-(RAM) |
|     Plaintiff,    ) | |
| v.    ) | <u>VERDICT</u> |
| MICHON MILLS,    ) | |
|     Defendant.    ) | |

We, the jury in the above-entitled case, upon our oaths, do say:

1. That we find the Defendant, MICHON MILLS, __Not Guilty__ of the
(Not Guilty/Guilty)
offense of receiving an illegal gratuity as charged in Count One of the Indictment.

2. That we find the Defendant, MICHON MILLS, __Not Guilty__ of the
(Not Guilty/Guilty)
offense of receiving an illegal gratuity as charged in Count Two of the Indictment.

DATED this __29__ day of January, 2010.


_____
Foreperson