Page No. 1   Exhibits on behalf of: United States of America   Case No.: 3:09-CR-00067-LRH-VPC

Case Caption: U.S. v. MICHON MILLS

| Date Admitted | Date Marked | Identification Exhibit No. | Witness | Description of Exhibit | Location | Released Date | Released Signature |
|---|---|---|---|---|---|---|---|
| 1/25/10 | | P-1 | Aaron Winthrop | SAKS Gift Card | Clerk Evidence | | |
| 1/25/10 | | P-2 | " | Cartier Watch | Clerk Agent | | |
| 1/25/10 | | P-3 | Noe Bueno Padgett | Photo House 3 | | | |
| 1/25/10 | | P-4 | " | Photo House 3 | | | |
| 1/25/10 | | P-5 | " | Photo House 3 | | | |
| 1/28/10 | | P-6 | " | Photo House 3 | | | |
| 1/27/10 | | 7 | Rose Singer | WCSO Rules of Conduct | | | |
| 1/27/10 | | 8 | Maria Torres | Bailey, Banks & Biddle Receipts | | | |
| 1/27/10 | | 9 | Jostein Pauker | SAKS Gift Card Receipts | | | |
| 1/27/10 | | 10 | " | Mills Phone Records | | | |
| 1/27/10 | | 11 | " | Mills MasterCard Records | | | |

**ORIGINAL**

FILED / ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD

FEB - 1 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY