LEAH R. WIGREN
Nevada Bar Number 6862
5995 Shadow Park Drive
Reno, NV 89523
(775)-747-0526

Attorney for Michon Mills

FILED _____   RECEIVED _____
ENTERED _____   SERVED ON _____
COUNSEL/PARTIES OF RECORD

FEB - 1 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

United States of America, )
　　　　　　　　　　　　　)
　　　Plaintiff, )
　　　　　v. )
　　　　　　　　　　　　　) Case No.:   3:09-cr-67-LRH-VPC
Michon Mills, )
　　　　　　　　　　　　　) **Defendant's Exhibit List**
　　　Defendant. )
　　　　　　　　　　　　　)

| Exhibit Number | Date Marked | Date Admitted | Description of Exhibit | Witness |
|---|---|---|---|---|
| 501 | 1/27/10 | | Jail Phone Policy | Todd Vinger |
| 502 | 1/26/10 | | Electronic mail and Memo | Joan Spencer |
| 503 | | | Newspaper article | |
| 504 | 1/27/10 | | Cards and letter | Joan Edwards |
| 504-A | | | Greeting card | |
| 504-B | | | Greeting card | |
| 504-C | | | Greeting card | |
| 504-D | | | Greeting card | |
| 504-E | | | Greeting card | |
| 504-F | | | Greeting card | |
| 504-G | | | Greeting card | |
| 504-H | | | Greeting card | |
| 504-I | | | Greeting card | |
| 504-J | | | Letter to Ms. Mills | |

| Exhibit Number | Date Marked | Date Admitted | Description of Exhibit | Witness |
|---|---|---|---|---|
| 505 | | 1/28/10 | Picture of Ms. Mills and inmate | Morgan Mills |
| 506 | | 1/28/10 | Picture of Ms. Mills and inmate | Morgan Mills |
| 507 | | 1/28/10 | Electronic mail from Ms. Mills | " " |
| 508 | | 1/28/10 | Letter to Ms. Mills from attorney | " " |
| 509 | | 1/28/10 | Picture of Ms. Mills | " " |
| 510 | | 1/28/10 | Telephone records | " " |
| 511 | | 1/27/10 | Job Performance Evaluation | Lisa Wanay |
| 512 | | | Electronic mail to Sheriff | |
| 513 | | | Electronic mail to Lt. Spencer | |