# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:09-cr-00067-LRH-VPC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | February 5, 2010 |
| MICHON MILLS, | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   ROSEMARIE MILLER     REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant Michon Mills's Motion for Order Releasing Passport (#40[1]). In light of Defendant's favorable verdict at trial and good cause appearing,

Defendant's Motion for Order Releasing Passport (#40) is **GRANTED**.  Pre-Trial Services is directed to release Ms. Mills's passport to her.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:      /s/
             Deputy Clerk

---

[1] Refers to court's docket number.